IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01497-PSF-PAC

WALTER MARTINEZ and
TRISHA MARTINEZ, Individually and as parents and next friends of
MITCH MARTINEZ, a minor,

      Plaintiff,

v.

UNITED STATES OF AMERICA;
JANE DOES, R.N.; and
SAN LUIS VALLEY REGIONAL MEDICAL CENTER,

      Defendants.

## ORDER DISMISSING DEFENDANTS AND AMENDING CAPTION

      This matter is before the Court on two Notices of Substitution (Dkt. ## 3 and 6) filed by Defendant United States of America. The Court hereby

      ORDERS that the United States of America is substituted as defendant for Elizabeth B. Kinney, M.D., Kristina Steinberg, M.D. and Valley Wide Health Systems, Inc. and that Defendants Kinney, Steinberg and Valley Wide are DISMISSED as defendants in this action.

      IT IS FURTHER ORDERED that the caption in this matter shall be changed as set forth above to reflect such substitution.

      DATED: August 3, 2006

                                                                                                 BY THE COURT:

                                                                                                 *s/ Phillip S. Figa*

                                                                         _____
                                                                         Phillip S. Figa
                                                                         United States District Judge