IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01497-PSF-PAC

WALTER MARTINEZ and
TRISHA MARTINEZ, Individually and as parents and next friends of
MITCH MARTINEZ, a minor,

    Plaintiff,

v.

UNITED STATES OF AMERICA;
JANE DOES, R.N.; and
SAN LUIS VALLEY REGIONAL MEDICAL CENTER,

    Defendants.

## ORDER RE: MOTIONS FOR ENTRY DEFAULT AND DEFAULT JUDGMENT

This matter come before the Court on Plaintiffs' Motion for Entry of Default (Dkt. # 21), filed November 2, 2006, and Plaintiffs' Motion for Entry of Default Judgment (Dkt. # 24), filed November 3, 2006.  In these motions plaintiffs assert that Defendant San Luis Valley Regional Medical Center ("SLVRMC") was served with the complaint on May 8, 2006 (*see* Exhibit A to Plaintiffs' Motion for Entry of Default Judgment) and has failed to answer or otherwise respond.

On November 3, 2006, however, Defendant SLVRMC filed its Response (Dkt. # 25) to the plaintiff's motions, stating that despite the appearance of service having been made in May 2006 it did not become aware of the lawsuit until November 3, 2006 when it was notified by counsel for co-defendants, and its Chief Executive Officer, Mr. Russ Johnson, attested in an attached affidavit that he did not recall service of

the complaint having been made in May 2006 and it was contrary to his "custom, habit and routine to ignore such documents" (*see* Exhibit A attached to Response).  There is no indication in the record that SLVRMC was contacted by plaintiffs' counsel after the alleged initial service of the summons and complaint about its failure to file a response, or any information to contradict what is stated in the affidavit of Mr. Johnson.

Moreover, on November 3, 2006 Defendant SLVRMC filed a response to the complaint promptly after plaintiff's motions were filed and the matter was called to the attention of its counsel.  The response consists of a motion to dismiss for failure of plaintiff to attach a certificate of review (Dkt. # 27) and a second motion to dismiss based on the asserted expiration of the statute of limitations (Dkt. # 28).

Accordingly, as Defendant SLVRMC has now appeared in this case, tendered the affidavit of its CEO that suggests effective service may not have been made and otherwise provided good cause for having not timely responded, and having now submitted responsive filings, the Court DENIES the plaintiffs' motions for default and entry of default judgment (Dkt. ## 21, 24).

DATED: November 7, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge