IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01497-PSF-PAC

WALTER MARTINEZ and
TRISHA MARTINEZ, individually and as parents and next friends of MITCH MARTINEZ, a minor.

      Plaintiff(s),

v.

UNITED STATES OF AMERICA,
JANE DOES, R.N., and
SAN LUIS VALLEY REGIONAL MEDICAL CENTER,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS **HEREBY ORDERED** that Defendant United States of America's *Unopposed* Motion to Vacate Scheduling Conference and Stay Discovery Pending Resolution of Dispositive Motion, filed December 1, 2006, is **GRANTED** as follows:

      The Scheduling Conference set for **December 13, 2006 at 10:30 a.m.** is *vacated and reset* to **February 6, 2007 at 9:30 a.m.** in Courtroom A501.  The proposed Scheduling Order is due on or before **January 31, 2007.**   It is

      **FURTHER ORDERED** that discovery is **STAYED** until the date the parties are required to make initial disclosures under Fed.R.Civ.P. 26(a).

      In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  December 5, 2006